United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-15408-mdc
Glen Medina                                                         Chapter 13
Rosa M. Medina
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia            Page 1 of 3            Date Rcvd: Aug 11, 2016
                            Form ID: pdf900           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2016.
```
db         +Glen Medina,    3954 N. 9th Street,    Philadelphia, PA 19140-3104
jdb        +Rosa M. Medina,    3438 N. Lee Street,    Philadelphia, PA 19134-1638
cr         +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
             Winterville, NC 28590-8872
13081876   +Bluestone Investments, Inc.,    107 North Commerce Way, Suite 100,    Attn: Bankruptcy Dept.,
             Bethlehem, PA 18017-8913
13081877   +Capital One/Best Buy,    P.O. BOX 5253,    Attn: Bankruptcy Dept.,    Carol Stream, IL 60197-5253
13081878   +Capital One/Best Buys,    P.O. BOX 5253,    Attn: Bankruptcy Dept.,
             Carol Stream, IL 60197-5253
13081879   +Captial One Bank,    P.O. BOX 85147,    Attn: Bankruptcy Dept.,   Richmond, VA 23276-0001
13081880   +Citibank,   c/o J.C. Christensen & Associates,    P.O. BOX 519,    Attn: Bankruptcy Dept.,
             Sauk Rapids, MN 56379-0519
13081881   +Citibank,   c/o First Financial Investment Fund,    230 Peachtree St., Suite 1500,
             Atlanta, GA 30303-1532
13081882   +Citibank/Home Depot,    c/o Northland Group, Inc.,    P.O. BOX 390905,   Attn: Bankruptcy Dept.,
             Minneapolis, MN 55439-0905
13081883   +Daniel Wechsler, Esquire,    Amato & Lessa,   107 North Commerce Way,    Bethlehem, PA 18017-8913
13081884   +David J. Apothaker, Esquire,    520 Fellowship Road, C306,    Mount Laurel, NJ 08054-3410
13431131    ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13081886   +HSBC Bank,    P.O. BOX 5253,    Attn: Bankruptcy Dept.,   Carol Stream, IL 60197-5253
13081887   +Jay E. Kivitz, Esquire,    KML Law Group,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13210370   +MICHAEL A. LATZES, ESQUIRE,    1528 WALNUT STREET, SUITE 700,    PHILADELPHIA, PA 19102-3607
13081888   +Macy’s,   c/o Northland Group, Inc.,    P.O. BOX 390846,   Attn: Bankruptcy Dept.,
             Minneapolis, MN 55439-0846
13192446  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: NATIONSTAR MORTGAGE LLC,    ATTN: Bankruptcy Department,
             P.O. Box 630267,    Irving, Texas 75063)
13500560   +Nationstar Mortgage, LLC,    PO Box 619094,   Dallas, TX 75261-9094
13081891   +P.G.W.,   800 W. Montgomery Avenue,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19122-2898
13109664   +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13081896   +St. Chrisopther’s Hospital - Children,    c/o Central Financial Control,    P.O. BOX66044,
             Attn: Bankruptcy Dept.,    Anaheim, CA 92816-6044
13081897    St. Christopher’s Hospital-Children,    P.O. 660873,   Attn: Bankruptcy Dept.,
             Dallas, TX 75266-0873
13081898   #+Steven Schatz, Esquire,    1818 Market St., Suite 3620,    Philadelphia, PA 19103-3657
13081899   +Subsidiary of Enterprise Holding,    c/o NCO Financial,   7595 Montevideo Dr., Suite 110,
             Attn: Bankruptcy Dept.,    Jessup, MD 20794-9382
13081902    TPI Internal Medicine Lehigh,    P.O. BOX 820933,   Attn: Bankruptcy Dept.,
             Philadelphia, PA 19182-0933
13081901   +Temple University Hospital,    Patient FInancial Services,    Acct. Processing Center,
             2 Brighton Road,    Clifton, NJ 07012-1663
13081900   +Temple University Hospital,    c/o NCO Financial Systems, Inc.,    3005 Grape Road, Suite A,
             Attn: Bankruptcy Dept.,    Mishawaka, IN 46545-2709
13095319    Wells Fargo Bank, N.A.,,   dba Wells Fargo Dealer Services,    P.O. Box 19657,
             Irvine, CA 92623-9657
13081903    Wells Fargo Dealer Services,    P.O. BOX 25341,   Attn: Bankruptcy Dept.,
             Santa Ana, CA 92799-5341
13081904   +Wells Fargo/American Appliance,    Portfolio Recovery Assocites,    140 Corporate Blvd.,
             Attn: Bankruptcy Dept.,    Norfolk, VA 23502-4952
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Aug 12 2016 01:01:40      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2016 01:01:09
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2016 01:01:26      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2016 01:24:26      Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13081875    E-mail/Text: bnc-applied@quantum3group.com Aug 12 2016 01:01:24      Applied Bank,
             P.O. BOX 10210,    Attn: Bankruptcy Dept.,    Wilmington, DE 19850
13081874    E-mail/Text: girddb@aessuccess.org Aug 12 2016 01:00:53      American Education Services,
             1200 N. Seventh St.,    Attn: Bankruptcy Dept.,    Harrisburg, PA 17102-1444
13122942    E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2016 01:23:14
             Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
             Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
13191122   +E-mail/Text: bnc@atlasacq.com Aug 12 2016 01:00:45      Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
```

```
District/off: 0313-2          User: Virginia              Page 2 of 3                   Date Rcvd: Aug 11, 2016
                              Form ID: pdf900             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13129500         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 12 2016 01:01:21      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13167181         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 12 2016 01:01:21
                 PORTFOLIO AMERICA ASSET MANAGEMENT LLC,   c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
13081889        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 12 2016 01:01:13      Midland Funding,
                 8875 Aero Drive, Suite 200,    Attn: Bankruptcy Dept.,   San Diego, CA 92123-2255
13169195         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2016 01:22:46
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13081893        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2016 01:23:32
                  Portfolio Recovery Assoc.,   140 Corporate Blvd.,    Attn: Bankruptcy Dept.,
                 Norfolk, VA 23502-4952
13146482         E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2016 01:00:55
                  Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13164258         E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2016 01:00:55
                  Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13113836         E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2016 01:00:55
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13081894        +E-mail/Text: bkrpt@retrievalmasters.com Aug 12 2016 01:01:13      Quest Diagnostic, Inc.,
                 c/o American Medical Collection,    4 Westchester Plaza, Suite 110,   Attn: Bankruptcy Dept.,
                 Elmsford, NY 10523-1615
13081895        +E-mail/Text: bkrpt@retrievalmasters.com Aug 12 2016 01:01:13      Quest Diagnostics Inc.,
                 c/o American Medical Collection Agency,    4 Westchester Plaza, Building 4,
                 Attn: Bankruptcy Dept.,    Elmsford, NY 10523-1612
13464533         E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2016 01:23:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13081905        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 12 2016 01:01:13      WFNNNB/The Avenue,
                 c/o Asset Acceptance,    P.O. BOX 1630,   Attn: Bankruptcy Dept.,   Warren, MI 48090-1630
                                                                                              TOTAL: 20

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13081890*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,   350 Highland Drive,
                 Attn: Bankruptcy Dept.,    Lewisville, TX 75067)
13501758*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,   PO Box 619096,   Dallas TX 75261-8741)
13081885        ##Galaxy Asset Purchasing, LLc,    c/o Greystone Alliance, LLC,   P.O. BOX 1810,
                 Attn: Bankruptcy Dept.,    Buffalo, NY 14240-1810
13081892        ##+Paul Klemm, Esquire,    425 Eagle Rock Ave.,    Roseland, NJ 07068-1717
                                                                                         TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 3 of 3                Date Rcvd: Aug 11, 2016
                              Form ID: pdf900             Total Noticed: 51
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MICHAEL A. LATZES    on behalf of Debtor Glen  Medina efiling@mlatzes-law.com
          MICHAEL A. LATZES    on behalf of Joint Debtor Rosa M. Medina efiling@mlatzes-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
           ecfemails@ph13trustee.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLEN MEDINA  
ROSA M. MEDINA

Chapter 13

Debtor    Bankruptcy No. 13-15408-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __11th__ day of __August__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____  
Magdeline D. Coleman  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
MICHAEL A LATZES ESQUIRE  
1528 WALNUT STREET  
STE 700  
PHILA, PA 19102

Debtor:  
GLEN MEDINA  
ROSA M. MEDINA  
3954 N. 9TH STREET

PHILADELPHIA, PA 19140-